UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SARAH LOCHMANN, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No. 4:24-cv-01648-CMS |
| | ) | |
| TTI OUTDOOR POWER EQUIPMENT, INC., et al. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the Court on Plaintiffs Sarah and Matthew Lochmann and Defendant TTI Outdoor Power Equipment, Inc.'s Stipulation of Dismissal with Prejudice, (Doc. 42). The Court construes this notice as a request for dismissal with prejudice under Federal Rule of Civil Procedure 41(a)(2).[1]

The parties have achieved and effectuated settlement, and dismissing this action with prejudice will not prejudice any other defendant. Thus, the Court determines that dismissal of the claims against Defendant TTI Outdoor Power Equipment, Inc., with prejudice is appropriate. *See*

[1] While Plaintiffs and Defendant TTI Outdoor Power Equipment, Inc. seek to voluntarily dismiss this action without the need for a court order, (Doc. 42), the notice for dismissal is deficient because it does not bear the signatures of "all parties who have appeared." *See* FED. R. CIV. P. 41(a)(1)(A)(ii); *City of Jacksonville v. Jacksonville Hosp. Holdings, L.P.*, 82 F.4th 1031, 1038 (11th Cir. 2023) ("[A]ll means all. We agree with the Sixth Circuit's holding in *Anderson-Tully* that a Rule 41(a)(1)(A)(ii) stipulation also requires the signature of a party that appeared but has already been removed from an action.").

"[A]n otherwise defective stipulation may be construed as a request for court-ordered dismissal under Rule 41(a)(2)." *Taylor v. Schindler Elevator Corp.*, No. 4:22-cv-1269-ZMB, 2025 WL 5265181, at *1 (E.D. Mo. Oct. 22, 2025). The Court does so here.

*Blaes v. Johnson & Johnson*, 858 F.3d 508, 512 (8th Cir. 2017) (discussing factors a court should consider when reviewing a motion for voluntary dismissal).

Accordingly,

**IT IS HEREBY ORDERED** that the Stipulation of Dismissal with Prejudice (Doc. 42) is **GRANTED** and this case is **DISMISSED** with prejudice and without costs to either party pursuant to FED. R. CIV. P. 41(a)(2). The Clerk of Court is directed to close this case.

Dated this 1st day of September 2026.

CRISTIAN M. STEVENS
UNITED STATES DISTRICT JUDGE